## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Erick Bejarano Santoyo, Irazo Mauricio De Jesus, and Ricardo Antonio Iturbide, individually and all other similarly situated persons, known and unknown, Plaintiffs<br>v.<br>Usmania Hot & Spicy Inc. d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob, individually, Defendants | 16-cv-2226<br>Judge Pallmeyer |

### ORDER OF DEFAULT JUDGMENT

This matter coming before the Court for a prove-up of plaintiffs Erick Bejarano Santoyo's, Irazo Mauricio de Jesus', and Ricardo Antonio Iturbide's damages following an entry of an Order of Default against defendants Usmania Hot & Spicy, Inc., d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob, individually, notice having been given to defendants and the Court having reviewed the declarations of plaintiffs and their counsel,

IT IS HEREBY ORDERED that plaintiffs Erick Bejarano Santoyo,'s Irazo Mauricio de Jesus', and Ricardo Antonio Iturbide's Motion for Default Judgment and to Approve Damages against defendants Usmania Hot & Spicy, Inc., d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob is granted and defendants Usmania Hot & Spicy, Inc., d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob are liable, jointly and severally, for the following awards:

1. Plaintiff Erick Bejarano Santoyo is awarded Judgment against defendants Usmania Hot & Spicy, Inc., d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob, jointly and severally, in the amount of $42,218.82;

2. Plaintiff Irazo Mauricio de Jesus is awarded Judgment against defendants Usmania Hot & Spicy, Inc., d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob, jointly and severally, in the

amount of $26,595.36;

3. Plaintiff Ricardo Antonio Iturbide is awarded Judgment against defendants Usmania Hot & Spicy, Inc., d/b/a Shahi Nihari Restaurant and Mohammad Yaqoob, jointly and severally, in the amount of $47,437.50;

4. Plaintiffs' counsel is awarded attorneys' fees and costs in the total amount of $7,165.00.

Entered: March 6, 2017

_____
REBECCA R. PALLMEYER
United States District Judge